# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2011 MAR 29 P 5: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

## CR 11 0182

E-filing

ROBERTO ACOSTA,
a/k/a "Zoro,"
a/k/a "Little Bad Boy,"
a/k/a "Bad Boy,"

MMC WHA



DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 18 U.S.C. § 1001- Making a false statement in a matter within the jurisdiction of the executive branch of the United States Government

---

A true bill.

_____
Foreman

Filed in open court this 29th day of
March 2011

_____
KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail $ no pres

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2011 MAR 29 P 5:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Making a false statement in a matter within the jurisdiction of the executive branch of the United States Government

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
Ct. 1 - 5 yrs impris; 3 yrs sup rel; $250,000 or 2x gain/loss fine; $100 special assessment

**DEFENDANT - U.S.**
▶ ROBERTO ACOSTA

**DISTRICT COURT NUMBER**
CR 11 0182

MMC

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE - John Moore

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ 2/4/2011 Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:


1 | MELINDA HAAG (CABN 132612)
2 | United States Attorney




FILED
2011 MAR 29 P 5: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11 0182 |
| v. | |
| ROBERTO ACOSTA,<br>a/k/a "Zoro,"<br>a/k/a "Little Bad Boy,"<br>a/k/a "Bad Boy," | VIOLATION: 18 U.S.C. §1001 – Making a false statement in a matter within the jurisdiction of the executive branch of the United States Government |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

In or about December 2008, in the Northern District of California, the defendant,

ROBERTO ACOSTA,
a/k/a "Zoro,"
a/k/a "Little Bad Boy,"
a/k/a "Bad Boy,"

unlawfully, knowingly, and intentionally, in a matter within the jurisdiction of the executive




1  branch of the Government of the United States, did make a materially false, fictitious, and
2  fraudulent statement and representation, to wit, during a debriefing with federal prosecutors and a
3  Special Agent with Immigration and Customs Enforcement, ACOSTA falsely denied being
4  involved in any murders or attempted murders aside from one incident involving bus drivers in
5  Honduras, when in fact, he was directly involved in approximately eight additional murders in
6  Honduras.

7  All in violation of Title 18, United States Code, Section 1001.

8  DATED: March 29, 2011           MELINDA HAAG
9                                  United States Attorney

WIL FRENTZEN
Chief, Organized Crime Strike Force

(Approved as to form:
AUSA W.S. Wilson Leung
AUSA Christine Y. Wong

A TRUE BILL

FOREPERSON