IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERTO ACOSTA,

    Defendant.
                             /

No. CR 11-0182 WHA

**ORDER RE POSSIBLE RE-ASSIGNMENT**

      Unless counsel stipulate to a substantial continuance of the trial in this case, the case will have to be re-assigned to another judge so that the trial can go forward as scheduled on **JULY 11, 2011**, or at least within the speedy trial act date. This is necessary because of the ongoing length of the pending MS-13 trial. Please respond at the final pretrial conference now set for June 27 at 2:00 p.m. The Court will need a firm "yes" or no" answer at that time.

      **IT IS SO ORDERED.**

Dated: June 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE