MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0182 CRB |
| v. | STIPULATION AND PROTECTIVE ORDER |
| ROBERTO ACOSTA, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

Defendant Roberto Acosta is charged in Count One of the Indictment with making a false statement, in violation of 18 U.S.C. Section 1001. Upon request, the Government will provide early disclosure of documents that constitute prior statements of witnesses, pursuant to 18 U.S.C. Section 3500. In addition, the Government will provide documents that refer to the cooperation of certain individuals (collectively, the "Subject Materials"). The Government requests that disclosure of these materials be subject to the following restrictions:

No. CR 11-0182 CRB
STIPULATION AND PROTECTIVE ORDER

1.          Production and possession of materials of the Subject Materials be limited only to the defendant and Elena Condes, Esq., counsel for Roberto Acosta, and that possession of these materials is limited only to the defendant, Ms. Condes and to those who are part of her respective law office, including paralegals and investigators;

2.          The defendant and Ms. Condes's possession and use of the Subject Materials is only for the purpose of preparing for and trying the criminal case of the defendant, and for no other purpose;

3.          The Subject Materials shall not be distributed or disseminated to anyone else, with the exception of any appellate or habeas corpus counsel, and shall be used by appellate or habeas corpus counsel only for the purpose of preparing for the appeal or collateral attack of the case; and

4.          At the end of the trial of the defendant, with the sole exception of providing the Subject Materials to any appellate or habeas corpus counsel, Ms. Condes shall return all Subject Materials, and any and all copies of the Subject Materials, to the Government, which will preserve the materials in case there is need for them in any future litigation.

STIPULATED:

DATED: June 27, 2011          /S/
                              ELENA CONDES
                              Attorney for ROBERTO ACOSTA


DATED: June 27, 2011          /S/
                              CHRISTINE Y. WONG
                              Assistant United States Attorney


IT IS SO ORDERED.


DATED: June __, 2011          _____
                              HON. CHARLES R. BREYER
                              United States District Judge

No. CR 11-0182 CRB
STIPULATION AND PROTECTIVE ORDER          2