Elena Condes (CBN 169515)
LAW OFFICE OF ELENA CONDES
1010 Grayson Street, Suite Two
Berkeley, California 94710
Tel: (510) 525-4243
Fax: (510) 665-4036
Eml: ec@elenacondes.com

Attorney for Defendant
ROBERTO ACOSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR-11-00182 CRB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| ROBERTO ACOSTA., | J&S: October 5, 2011 |
| Defendant. | Time: 2:15 p.m. |
| | Court: Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED by and between by and between the parties hereto through their respective counsel, CHRISTINE WONG, Assistant United States Attorney for Plaintiff, and ELENA CONDES, Attorney for Defendant, ROBERTO ACOSTA, that:

1. The sentencing hearing be continued from October 5, 2011, at 2:15 p.m. to October 19, 2011 at 2:15 p.m. and to allow Sentencing Memorandums to be filed by October 11, 2011;

2. Defendant's attorney requires additional time to prepare Mr. Acosta's sentencing memorandum.

///

STIPULATION AND PROPOSED ORDER
CR-11-00182 CRB

3. Ms. Wong, counsel for the government, has agreed to the continuance, reviewed this stipulation and has authorized Ms. Condes to sign it on her behalf.

Dated: September 26, 2011                    Respectively submitted,

                                                                 LAW OFFICES OF ELENA CONDES

                                                                 _____/S/_____
                                                                 Elena Condes, Attorney for Defendant,
                                                                 ROBERTO ACOSTA

                                                                 MELINDA HAAG
                                                                United States Attorney

                                                                _____/S/_____
                                                                By: CHRISTINE Y. WONG, Assistant
                                                                United States Attorney

## (~~PROPOSED~~) ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

The sentencing hearing scheduled for October 5, 2011, is continued to **October 19, 2011**, at 2:15 p.m.

Defendant's and Plaintiff's Sentencing Memorandum are to be filed by October 11, 2011.

IT IS SO ORDERED.

Dated: September 27, 2011

_____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND PROPOSED ORDER
CR-11-00182 CRB                               3