| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**         Time: 6 minutes

Date: **October 25, 2011**

**Reporter:** Kathy Wyatt

**Case No:** CR-11-0182 CRB         **DEFT:** ROBERTO ACOSTA
                                                                                              (X)Present

AUSA: William Frentzen         DEF ATTY: Dennis Riordan
USPO: Sara Rizor-Black
Spanish Interpreter: Melinda Basker

**REASON FOR HEARING**  Status Conference

**RESULT**   William Frentzen substitutes in as counsel for the government. Court authorizes the transcript to be provided on an expedited basis. Counsel to workout briefing schedule regarding the defendant's Rule 29 an Rule 33 motions.


Motions to be filed no later than  November 18, 2011
Motions to be noticed to be heard December 14, 2011   otherwise, they will be deemed to be waived.

**Case Continued to**  Dec. 14, 2011 @ 10:00 a.m.   **for** Motions

**[x] Defendant remanded to custody**


**JUDGMENT**


Notes: