| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**                                    Time:   16 minutes

**Date: December 14, 2011**

**Reporter:   James Yeomans**

**Case No:  CR- 11-0182 CRB**                    DEFT:   ROBERTO ACOSTA
                                                                         (X)Present

AUSA:  Doug Wilson/William Frentzn           DEF ATTY:   Dennis Riordan
USPO:
Spanish Interpreter: Carol Rhine-Medina

**REASON FOR HEARING**                              **RESULT**

Motion for New Trial                                             Submitted


Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**[x] Defendant remanded to custody**


**JUDGMENT** _____


Notes: _____