**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-00182 CRB |
| Plaintiff, | **ARGUMENT ORDER** |
| v. | |
| ROBERTO ACOSTA, | |
| Defendant. | |

The parties are directed to appear at the pretrial conference tomorrow prepared to address how <u>Santamaria v. Horsley</u>, 133 F.3d 1242 (9th Cir. 1998) (en banc) applies to the double jeopardy issue raised in Defendant's Motion in Limine to Exclude Evidence Relating to Federal Prosecutor Theory of Materiality (dkt. 89), if at all.

**IT IS SO ORDERED.**

Dated: May 31, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\182\argument order.wpd