MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: miranda.kane@usdoj.gov
          hartley.west@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0182-CRB |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| ROBERTO ACOSTA, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment without prejudice.

DATED: June 3, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Miranda Kane

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL
CR-11-0182-CRB

Leave is granted to the government to dismiss the Indictment.

IT IS SO ORDERED.

Date: June 8, 2012

CHARLES R. BREYER
United States District Judge